IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LI MIN, et al. | : | CIVIL ACTION |
| v. | : | |
| CLARENCE MORRIS, et al. | : | NO. 09-0832 |

# **O R D E R**

**AND NOW**, this 26th day of August, 2010, having considered Defendant's Motion for Summary Judgment (Docket No. 29), Plaintiff's Response in Opposition (Docket No. 31), Defendant's Reply (Docket No. 34), and the Parties' Representations at the July 26, 2010 Hearing, for the reasons provided in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion shall be **GRANTED**.

It is further **ORDERED** that Plaintiff's claims against Defendant Clarence Morris for assault and battery, deprivation of her civil rights pursuant to § 1983, violation of the constitution of the Commonwealth of Pennsylvania, and conversion are **DISMISSED**.

It is further **ORDERED** that Plaintiff's civil rights claims against Defendant City for Failure to Supervise Health Inspectors and Failure to Train or Discipline Health Inspectors and Plaintiff's claim against Defendant City for Violation of the Constitution of the Commonwealth of Pennsylvania are hereby **DISMISSED**.

BY THE COURT:

 _/s/ L.F. Restrepo_____
L. Felipe Restrepo
United States Magistrate Judge